1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MEKIKI CO., LTD and MEKIKI CREATES CO., LTD., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant and Counterclaimant. | Case No. 5:10-cv-2721-LHK (HRL) <br><br> **STIPULATED REQUEST FOR AN ORDER CHANGING THE DATE OF THE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SUBMISSION OF THE JOINT CASE MANAGEMENT STATEMENT** <br> AND ORDER |

Defendant and Counterclaimant Facebook, Inc. and Plaintiffs and Counter-Defendants Mekiki Co., Ltd and Mekiki Creates Co., Ltd., by and through their respective counsel, hereby stipulate, subject to the Court's approval, that:

   1)   The Case Management Conference currently set for September 22, 2010 at 2:00 p.m. is moved to November 5, 2010 at 10:30 a.m.

   2)   The deadline for filing the parties' Joint Case Management Conference Statement currently set for September 15, 2010 is extended until September 22, 2010.

The stipulated changes in the aforementioned dates are to accommodate a conflict with Facebook's lead counsel on September 22, 2010, the date presently scheduled for the Case Management Conference, and to allow the parties to negotiate further agreement on issues presented in the Joint Case Management Statement.  Counsel for Facebook contacted the Court's

clerk to determine the Court's availability for the case management conference. The date of November 5, 2010 was selected from the two most recent dates on which the Court was available to hold the case management conference.

Dated: September 15, 2010

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COOLEY LLP |
| /s/ *Harold A. Barza* <br> Harold A. Barza (Bar No. 80888) | /s/ *Heidi L. Keefe* <br> Heidi L. Keefe (178960) |
| Attorneys for Plaintiff and Counter-Defendants MEKIKI CO., LTD and MEKIKI CREATES CO., LTD. | Attorneys for Defendant and Counterclaimant FACEBOOK, INC. |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: September 15, 2010

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

### ATTESTATION CLAUSE

I, Adam M. Pivovar, hereby attest in accordance with General Order No. 45.X(B) that Heidi L. Keefe, counsel for Defendant and Counterclaimant Facebook, Inc., and Harold A. Barza, counsel for Plaintiffs and Counter-Defendants Mekiki Co. Ltd and Mekiki Creates Co., Ltd. have provided their concurrence with the electronic filing of the foregoing document.

Dated: September 15, 2010                           By: ___/s/ *Adam Pivovar*___

Adam M. Pivovar