UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEKIKI CO., LTD., ) | Case No.: 10-CV-02721-LHK |
| Plaintiff, ) | CASE MANAGEMENT ORDER |
| v. ) | |
| FACEBOOK, INC., ) | |
| Defendant. ) | |

Clerk:  Patty Cromwell                              Court Reporter: Lee-Anne Shortridge
Plaintiff's Attorneys: Harold Barza, Christopher Mathews, Scott Florance
Defendant's Attorneys: Heidi Keefe, Reuben Chen
Time in Court:  40 minutes

　　　A case management conference was held on: _____11/5/2010_____. The following Case Management Order is hereby adopted by the Court.

FURTHER CASE MANAGEMENT CONFERENCES ARE set for __3/16/2011__, at _2PM_,

AND for _____10/5/2011_____, at __2PM__.

REFERRAL TO ADR PROCESS: The case is hereby referred to the following ADR process: Private Mediation.  The parties agreed to complete private mediation within __30___ days after the issuance of the Court's Claim Construction Order.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

DISCOVERY LIMITS:

　　　The parties agreed to a total of 100 hours as to non-expert depositions, with a maximum of 14 hours for each of the two inventors. The parties also agreed to 25 interrogatories and 50 non-authentication requests for admission for each party.  At this time, requests for production of documents and requests for admission as to authentication are unlimited.

　　　As to translation of documents, translation is required for those documents either party intends to offer at trial.  If one party translates a document, or multiple documents, that party will provide a copy of the translation to the other party at no cost.

　　　As to the location of depositions, outside of the parties' agreement to make certain individuals available for deposition in Los Angeles, California, the party requesting the deposition shall be responsible for the costs and arrangements in connection with embassy-based depositions in Japan.

　　　Until a protective order is finalized and adopted, the parties agree to use the default protective order of the Northern District of California.  Based on the parties' representations, the Court will not appoint a special master, for whom the partied would split the costs, at this time.

Case No.: 10-CV-2721-LHK
CASE MANAGEMENT ORDER

CASE SCHEDULE:

| EVENT | Date |
|---|---|
| Disclosure of Asserted Claims/Infringement Contentions | Nov. 19, 2010 |
| Invalidity Contentions | Jan. 10, 2011 (7 extra days) |
| Exchange of Proposed Terms and Claim Elements | January 24, 2011 |
| Deadline to Amend Pleadings | January 28, 2011 |
| Parties Meet and Confer re: list of terms and claim elements | February 4, 2011 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence | February 14, 2011 |
| Parties Meet and Confer re: Prelim Claim Constructions and Extrinsic Evidence | February 23, 2011 |
| Simultaneous Exchange of Responsive Claim Constructions | March 4, 2011 |
| Filing of Jt. Claim Construction and Pre-Hearing Statement | April 1, 2011 |
| Completion of Claim Construction Discovery | May 6, 2011 |
| Opening Claim Construction Brief | May 16, 2011 |
| Responsive Claim Construction Brief | June 13, 2011 |
| Reply Claim Construction Brief | June 27, 2011 |
| 2 Hour Tutorial (1 hour for each party) | July 22, 2011 (Fri. at 2PM) |
| 3 Hour Claim Construction Hearing (1.5 hour for each party) | July 26, 2011 (Tue. at 2PM) |
| Parties to Complete Private Mediation | Within 30 Days of Claim Construction Order |
| Further Case Management Conference | October 5, 2011 (Wed at 2PM) |

**IT IS SO ORDERED.**

Dated: November 5, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-2721-LHK
CASE MANAGEMENT ORDER