UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEKIKI CO., LTD., ET AL., ) | Case No.: 10-CV-02721-LHK |
|                  Plaintiffs, ) | ORDER SETTING BRIEFING |
| v. ) | SCHEDULE REGARDING |
| ) | DEFENDANT'S MOTION TO STAY, |
| FACEBOOK, INC., ) | OR IN THE ALTERNATIVE, TO |
| ) | BIFURCATE |
|                  Defendant. ) | |
| ) | (re: dkt. #66) |

On February 8, 2011, Defendant filed a motion to stay pending patent reexamination, or, in the alternative, to bifurcate damages from liability. *See* Dkt. #66. That motion is set for hearing on April 14, 2011. The Court finds an expedited briefing schedule appropriate.

Accordingly, Plaintiffs' Opposition, or Statement of Non-opposition, is due by Friday, March 18, 2011. Defendant's Reply, if any, is due by Friday, March 25, 2011.

**IT IS SO ORDERED.**

Dated: March 2, 2011

                                                  *Lucy H. Koh*
LUCY H. KOH
United States District Judge