1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harold A. Barza (Bar No. 80888)
2    halbarza@quinnemanuel.com
   Christopher A. Mathews (Bar No. 144021)
3    chrismathews@quinnemanuel.com
   Scott A. Florance (Bar No. 227512)
4    scottflorance@quinnemanuel.com
   865 S. Figueroa Street
5  Los Angeles, CA  90017
   Telephone:   (213) 443-3000
6  Facsimile:    (213) 443-3100

7  Attorneys for Plaintiffs
   MEKIKI CO., LTD. and MEKIKI CREATES CO., LTD.
8

9  COOLEY LLP
   HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
10 MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
   REUBEN H. CHEN (228725) (rchen@cooley.com)
11 ADAM M. PIVOVAR (246507) (apivovar@cooley.com)
   3175 Hanover Street
12 Palo Alto, CA  94304
   Telephone:     (650) 843-5000
13 Facsimile:     (650) 849-7400

14 Attorneys for Defendant
   FACEBOOK, INC.
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

20 MEKIKI CO., LTD and MEKIKI CREATES         Case No. 5:10-cv-2721-LHK (HRL)
   CO., LTD.,
21
                 Plaintiffs and
22               Counter-Defendants,          **STIPULATION OF DISMISSAL
                                              WITHOUT PREJUDICE, AND
23       v.                                   TOLLING AGREEMENT
                                              [AND PROPOSED] ORDER]**
24 FACEBOOK, INC.,

25               Defendant and
                 Counterclaimant.
26

27

28
                                       1.    STIPULATION OF DISMISSAL WITHOUT PREJUDICE
                                                         AND TOLLING AGREEMENT
                                                     CASE NO. 5:10-CV-2721-LHK (HRL)

1    WHEREAS Plaintiffs Mekiki Co., Ltd. and Mekiki Creates Co., Ltd. (collectively "Mekiki") filed the above-captioned action on October 7, 2009 (the "Original Action Filing Date");

WHEREAS on February 7, 2011, Defendant Facebook, Inc. ("Facebook") filed Requests for *Inter Partes* Reexamination with respect to U.S. Patent Nos. 6,879,985, 7,493,342, and 7,496,603 (the "Patents-in-Suit") with the U.S. Patent and Trademark Office ("PTO"), Control Nos. 95/001,538, 95/001,539, and 95/001,537 (the "Reexamination Proceedings");

WHEREAS on February 8, 2011, Facebook filed a Motion to Stay this action, and on March 14, 2011, Mekiki filed a statement of non-opposition agreeing that a stay pending the Reexamination Proceedings is appropriate and will preserve both the parties' and the Court's resources;

WHEREAS the PTO granted the Reexamination requests on April 8, 2011; and

WHEREAS this Court's order of March 21, 2011 (Doc. No. 71) directed the parties to submit a stipulation of dismissal without prejudice, including a tolling agreement to preserve Mekiki's rights with respect to damages and Facebook's rights with respect to any counterclaims;

THEREFORE, Mekiki and Facebook hereby, and respectfully, request that the Court order, as follows:

1.   This action is hereby dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), as of the entry date of this Stipulation and Order;

2.   In the event of any subsequent legal action between the parties with respect to one or more of the Patents-in-Suit (the "Subsequent Action"):

(a)   The Subsequent Action shall be filed in the U.S. District Court for the Northern District of California and assigned to this Court.

(b)   Provided that the Subsequent Action is filed no later than one (1) year after the issuance of a Reexamination Certificate upon the termination of any of the Reexamination Proceedings:

(i)   Neither Facebook nor Mekiki shall assert the statute of limitations, laches, estoppel or any other defense based upon the passage of

time between the Original Action Filing Date and the filing date of the Subsequent Action;

    (ii)  Facebook's defenses and/or counterclaims shall be tolled during the period between the Original Action Filing Date and the filing date of the Subsequent Action; and

    (iii)  Mekiki's claim for damages based on alleged infringement of one or more of the Patents-in-Suit shall be treated, for purposes of the statute of limitations provided by 35 U.S.C. § 286, as if such Subsequent Action was filed on the Original Action Filing Date.

(c)  Subject to the limitations of Paragraph 2(b)(i), nothing in this Stipulation and Order shall preclude Facebook from raising any additional defenses and counterclaims, if any, it may have in any Subsequent Action (including, without limitation, defenses and counterclaims that may arise as a result of the Reexamination Proceedings).

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP | COOLEY LLP |
| By: */s/ Christopher A. Mathews* <br> Christopher A. Mathews <br> Attorneys for Plaintiffs <br> MEKIKI CO., LTD AND MEKIKI CREATES CO., LTD. | By: */s/ Reuben H. Chen* <br> Reuben H. Chen <br> Attorneys for Defendant <br> FACEBOOK, INC. |

**IT IS SO ORDERED.  The Clerk shall close the file.**

Date: May 12, 2011

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AND TOLLING AGREEMENT
CASE NO. 5:10-CV-2721-LHK (HRL)